# EXHIBIT B

THE MILLS LAW FIRM
Robert W. Mills, Esq. (Bar No. 062154)
rwm@millslawfirm.com
Joshua D. Boxer, Esq. (Bar No. 226712)
josh@millslawfirm.com
Corey B. Bennett, Esq. (Bar No. 267816)
corey@millslawfirm.com
880 Las Gallinas Avenue, Suite 2
San Rafael, California 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
         -and-
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER**
Robert Bramson, Esq. (Bar No. 102006)
rbramsonrbramson@bramsonplutzik.com
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598
Tel (925) 945-0200
Fax (925) 945-8792
*Attorneys for Plaintiffs Nina Giampaoli & John Elbert*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GIAMPAOLI and JOHN ELBERT, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No.<br>**CLASS ACTION**<br><br>**AFFIDAVIT OF VENUE BY PLAINTIFF JOHN ELBERT**<br><br>**DEMAND FOR JURY TRIAL** |

GIAMPAOLI V. ANHEUSER-BUSCH
AFFIDAVIT OF VENUE BY PLAINTIFF JOHN ELBERT

## AFFIDAVIT OF VENUE BY PLAINTIFF JOHN ELBERT

I, JOHN ELBERT, hereby declare that:

1. I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

2. I am a Plaintiff in the above-entitled action.

3. My Complaint filed in this matter contains causes of action for violations of the Consumers Legal Remedies Act against Anheuser Busch Companies, LLC ("AB"), a Delaware limited liability company doing business nationwide, including in Sonoma County. These causes of action arise out of my purchase of AB products, the alcohol content of which was overstated pursuant to a uniform corporate policy.

4. I purchased the subject malt beverages in Sonoma County.

I declare under penalty of perjury under the laws of the State of California that the foregoing Declaration is true and correct, and was executed by me in the City of Petaluma, Sonoma County, California, on February 22, 2013.

_____
John Elbert

-1-

GIAMPAOLI V. ANHEUSER-BUSCH
AFFIDAVIT OF VENUE BY PLAINTIFF JOHN ELBERT

THE MILLS LAW FIRM
Robert W. Mills, Esq. (Bar No. 062154)
rwm@millslawfirm.com
Joshua D. Boxer, Esq. (Bar No. 226712)
josh@millslawfirm.com
Corey B. Bennett, Esq. (Bar No. 267816)
corey@millslawfirm.com
880 Las Gallinas Avenue, Suite 2
San Rafael, California 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
     -and-
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
Robert Bramson, Esq. (Bar No. 102006)
rbramsonrbramson@bramsonplutzik.com
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598
Tel (925) 945-0200
Fax (925) 945-8792
*Attorneys for Plaintiffs Nina Giampaoli & John Elbert*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GIAMPAOLI and JOHN ELBERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No.<br>**CLASS ACTION**<br><br>**AFFIDAVIT OF VENUE BY PLAINTIFF NINA GIAMPAOLI**<br><br>**DEMAND FOR JURY TRIAL** |

## AFFIDAVIT OF VENUE BY PLAINTIFF NINA GIAMPAOLI

I, NINA GIAMPAOLI, hereby declare that:

1. I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

2. I am a Plaintiff in the above-entitled action.

3. My Complaint filed in this matter contains causes of action for violations of the Consumers Legal Remedies Act against Anheuser Busch Companies, LLC ("AB"), a Delaware limited liability company doing business nationwide, including in Sonoma County. These causes of action arise out of my purchase of AB products, the alcohol content of which was overstated pursuant to a uniform corporate policy.

4. I purchased the subject malt beverages in Sonoma County.

I declare under penalty of perjury under the laws of the State of California that the foregoing Declaration is true and correct, and was executed by me in the City of Sebastopol, Sonoma County, California, on February 22, 2013.

_____
Nina Giampaoli