KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Marcus S. Topel, Esq. (SBN 54702)
Email: mtopel@kasowitz.com
William M. Goodman, Esq. (SBN 61305)
Email: wgoodman@kasowitz.com
Daniel F. Cook, Esq. (SBN 70484)
Email: dcook@kasowitz.com
Brian P. Brosnahan, Esq. (SBN 112894)
Email: bbrosnahan@kasowitz.com
Jacob N. Foster, Esq. (SBN 250785)
Email: jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:     (415) 421-6140
Facsimile:     (415) 398-5030

Attorneys for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA GIAMPAOLI and JOHN ELBERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No: CV-13-00828 EMC<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT ANHEUSER-BUSCH COMPANIES, LLC** |

Please take notice that the law firm of Kasowitz, Benson, Torres & Friedman LLC makes its appearance as counsel for defendant Anheuser-Busch Companies, LLC, with Marcus S. Topel

///

///

///

as lead counsel and William M. Goodman, Daniel F. Cook, Brian P. Brosnahan, and Jacob N. Foster also appearing as counsel of record.

DATED:  March 20, 2013

                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


        By:    /s/ Marcus S. Topel
               Marcus S. Topel

               Attorneys for Defendant
               ANHEUSER-BUSCH COMPANIES, LLC

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111