KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Marcus S. Topel, Esq. (SBN 54702)
Email: mtopel@kasowitz.com
William M. Goodman, Esq. (SBN 61305)
Email: wgoodman@kasowitz.com
Daniel F. Cook, Esq. (SBN 70484)
Email: dcook@kasowitz.com
Brian P. Brosnahan, Esq. (SBN 112894)
Email: bbrosnahan@kasowitz.com
Jacob N. Foster, Esq. (SBN 250785)
Email: jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:   (415) 421-6140
Facsimile:    (415) 398-5030

Attorneys for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA GIAMPAOLI and JOHN ELBERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No: CV-13-00828 EMC<br><br>**RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT ANHEUSER-BUSCH COMPANIES, LLC** |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Anheuser-Busch Companies, LLC, by and through the undersigned counsel of record, hereby files this Corporate Disclosure Statement identifying the following corporations and/or publicly held corporations that own 10% or more of its stock.

Anheuser-Busch Companies, LLC is a wholly owned subsidiary of Anheuser-Busch InBev Worldwide Inc. and is an indirect subsidiary of Anheuser-Busch InBev NV/SA, which is a publicly traded corporation.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Anheuser-Busch Companies, LLC is a wholly owned subsidiary of Anheuser-Busch InBev Worldwide Inc. and is an indirect subsidiary of Anheuser-Busch InBev NV/SA, which is a publicly traded corporation.

DATED: March 20, 2013

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:   /s/ Marcus S. Topel
      Marcus S. Topel

Attorneys for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1
Defendant's Disclosure Statement & Certification Of Interested Entities    Case No. CV-13-00828 EMC