KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS S. TOPEL (SBN 54702)
Email: mtopel@kasowitz.com
WILLIAM M. GOODMAN (SBN 61305)
Email: wgoodman@kasowitz.com
DANIEL F. COOK (SBN 70484)
Email: dcook@kasowitz.com
BRIAN N. BROSNAHAN (SBN 112894)
Email: brosnahan@kasowitz.com
JACOB N. FOSTER (SBN 250785)
Email:  jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:     (415) 421-6140
Facsimile:     (415) 398-5030

Counsel for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GIAMPAOLI and JOHN ELBERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No. CV-13-00828 EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT ANHEUSER-BUSCH COMPANIES, LLC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a),  by Plaintiffs NINA GIAMPAOLI and JOHN ELBERT and Defendant ANHEUSER-BUSCH COMPANIES, LLC, by and through their respective counsel, that the time for defendant ANHEUSER-BUSCH COMPANIES, LLC to file an answer or otherwise respond to the complaint is extended for

/ / /

/ / /

/ / /

fourteen (14) days – from the present due date of March 25, 2013, to and including April 8, 2013.

Respectfully submitted,

DATED: March 20, 2013          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:   /s/ Marcus S. Topel
      MARCUS S. TOPEL
      Counsel for Defendant
      ANHEUSER-BUSCH COMPANIES, LLC


DATED: March 20, 2013          THE MILLS LAW FIRM

By:   /s/ Joshua D. Boxer
      JOSHUA D. BOXER
      Counsel for Plaintiffs
      NINA GIAMPAOLI and JOHN ELBERT,
      on behalf of themselves and all others
      similarly situated