AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| NINA GIAMPAOLI and JOHN ELBERT, on behalf of themselves and all others similarly situated | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| ANHEUSER-BUSCH COMPANIES, LLC | ) C 13 0828 |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANHEUSER-BUSCH COMPANIES, LLC
C T CORPORATION SYSTEM
120 South Central Ave
Clayton MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert W. Mills
The Mills Law Firm
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94931

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  13-1016

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anheuser-Busch Companies, LLC
was received by me on *(date)* 7/1/13 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Edythe King for CT Corporation, who is designated by law to accept service of process on behalf of *(name of organization)* Anheuser-Busch on *(date)* 7/1/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

Justin Roussel
Printed name and title

c/o Western Attorney Services, 75 Columbia Square, San Francisco CA 94103
Server's address

Additional information regarding attempted service, etc: