UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GIAMPAOLI, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>    Defendant.<br>_____/ | No. C-13-0828 EMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO STAY**<br><br>**(Docket No. 11)** |

    Currently pending before the Court is Plaintiffs' motion to stay this matter until the Judicial Panel on Multidistrict Litigation (JPML) rules on Plaintiffs' motion to transfer and consolidate this and five other cases. Based on its review of the papers, the Court concludes a hearing on the motion is not necessary and a ruling may be issued based on the papers alone.

    Courts considering motions to stay pending a JPML ruling should take into account: (1) the possibility of hardship or prejudice to the parties; and (2) the interest of conserving judicial resources. *See, e.g.*, *Genetic Techs. Ltd. v. Agilent Techs., Inc.*, No. C-12-1616 RS, 2012 WL 2906571, at *2 (N.D. Cal. July 16, 2012). A stay of this matter would result in minimal prejudice to Defendant. The JPML hearing on Plaintiffs' motion to transfer and consolidate is currently scheduled for May 30, 2013, suggesting that a stay would be in effect for only a short period of time. If the JPML denies Plaintiffs' motion, this Court can quickly resume consideration of Defendant's pending motion to dismiss. If the JPML grants the motion, staying this action serves judicial economy, as a potential transferee court could consider similar legal and factual questions in a coordinated fashion.

Thus, the Court **GRANTS** Plaintiffs' motion to stay and stays this action pending resolution of Plaintiffs' motion to transfer and consolidate currently before the JPML. The Court hereby stays all pending deadlines in the case and takes off calendar the hearings for Plaintiffs' motion to stay and Defendant's motion to dismiss. The case management conference is re-set for June 20, 2013. Plaintiff's motion to shorten time is denied as moot.

This order disposes of Docket Nos. 11 and 16.

IT IS SO ORDERED.

Dated: April 23, 2013

_____
EDWARD M. CHEN
United States District Judge